## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**In re:** Kevin Thunderbird )  14 B 07899
)
**Debtor(s)** XXX-XX-7760 )
) Judge Doyle

### ORDER TO PAY FUNDS TO THE TRUSTEE

TO: Blue print sports bar
1566 W 127th Calumet Park IL 60827

WHEREAS, the above named debtor has submitted a plan to pay his debts out of his future earnings, and by his plan submits all of his future earnings and income to the supervision and control of this Court for the purpose of carrying out the plan:

NOW THEREFORE, IT IS ORDERED, that until further order of this Court, Blue print sports bar, holder/controller of income for, Kevin Thunderbird deduct from any income going to the debtor, the sum of $ 92.29 each biweekly pay period beginning on the next pay period following receipt of this order and to submit the sum so deducted to Chapter 13 Trustee, at least once a month at the following address:

**Office of the Chapter 13 Trustee, Vaughn
P.O. Box 588
Memphis, TN 38101-0588**

IT IS FURTHER ORDERED: that the above named shall stop, or change the amount
of the deduction upon written notice from the Trustee.

IT IS FURTHER ORDERED that the above named shall notify the Trustee if the employment or services of the debtor is terminated and the reason for such termination.

IT IS FURTHER ORDERED that all earnings of the debtor or income due the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made.

ENTERED: MAR - 7 2014              _____
                                    United States Bankruptcy Judge

I agree to entry of this order without further notice or hearing.

_____       3/6/14
Debtor or Attorney                    Date