UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )      BK No.:   14-07899
Kevin L Thunderbird                       )
                                          )
                                          )      Chapter: 13
                                          )
                                          )      Honorable Carol Doyle
                                          )
       Debtor(s) )

## ORDER EXTENDING THE AUTOMATIC STAY

   This cause coming to be heard on Motion of the Debtor to extend the automatic stay, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties entitled thereto, IT IS HEREBY ORDERED:

   1. That the automatic stay is hereby EXTENDED as to all creditors, pursuant to Section 362 (c)(3)(A).

                                                 Enter:

                                                 *[signature: Carol Doyle]*

                                                 Honorable Carol A. Doyle
Dated: March 18, 2014                            United States Bankruptcy Judge

**Prepared by:**

Robert J. Semrad & Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625